UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD WAYNE HUFF, | Case No. 1:25-cv-01578-EPG |
| Plaintiff, | ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURUSANT TO F.R.C.P 41(a)(1)(A)(ii) AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 15) |

On April 13, 2026, the parties filed a stipulation of dismissal, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear their own attorney fees and costs. (ECF No. 13). Specifically, the parties stated as follows

> Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their undersigned attorneys, and with the approval of the Court, that Plaintiff voluntarily dismiss, with prejudice, the above-referenced action. Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

(*Id.*).

In light of the parties' stipulation, this action has been terminated pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

\\\

\\\

1

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 14, 2026**                          /s/ _Erin P. Gross_
UNITED STATES MAGISTRATE JUDGE

2